EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Medidas Especiales para la Extensión de Términos por Motivo del Medio Día Feriado del 24 de diciembre | 2003 TSPR 176<br><br>160 DPR _____ |

Número del Caso: EM-2003-09


Fecha: 5 de diciembre de 2003




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

| | |
|---|---|
| **Medidas Especiales para la Extensión de Términos por Motivo del Medio Día Feriado del 24 de diciembre** | **EM-2003-09** |

**RESOLUCIÓN**

San Juan, Puerto Rico a 5 de diciembre de 2003.

La Regla 28 de las Reglas de Administración del Sistema de Personal de la Rama Judicial incorporó la Ley Núm. 305 de 25 de diciembre de 2002, que declaró día de fiesta oficial en el Estado Libre Asociado de Puerto Rico el 24 de diciembre de cada Año, a partir del mediodía.

A tal efecto y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs 72 y 73. Por consiguiente, se considerará el 24 de diciembre como si fuera un día feriado completo. Cualquier término que expire ese día, se extenderá hasta el próximo día laborable.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo